IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01915-JLK-KMT

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$40,755.00 IN UNITED STATES CURRENCY,

       Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the joint motion of the United States and claimant Diversified Builders, Inc. through Bryan D. Cross, Esq., and the Court having read said motion and being fully advised in the premises FINDS;

THAT the United States has commenced this action *in rem* pursuant to 21 U.S.C. §881;

THAT the case should be dismissed;

THAT any attorney's fees incurred by Claimant Diversified Builders, Inc. will be its sole responsibility and obligation;

THAT the parties forever and irrevocably releases the other party from any claims, damages, causes of action, whether in law or in equity, or founded in contract, tort, or any other legal or equitable theory with respect to the defendant property in this forfeiture action.

THAT based upon the facts and verification set forth in the Verified Complaint, there was reasonable cause for the seizure and arrest of the defendant property.

NOW THEREFORE, IT IS ORDERED that this action is dismissed and a Certificate of Reasonable Cause, which this order constitutes, is granted pursuant to 28 U.S.C. §2465.

SO ORDERED this 22nd day of September, 2009.

                                              BY THE COURT:

                                              ***s/John L. Kane***
                                              JOHN L. KANE
                                              United States District Court Judge